FILED

DEC 15 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____KMT_____,DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. CR 20-338 SLP |
| MATTHEW AUSTIN RAGSDALE, ) | Violations: 18 U.S.C. § 1014 |
| Defendant. ) | 18 U.S.C. § 658 |

# INDICTMENT

The Federal Grand Jury charges:

## INTRODUCTION

At all times relevant to this Indictment:

1. **MATTHEW AUSTIN RAGSDALE** was a resident of Roosevelt, Oklahoma, and a farmer in the Roosevelt, Oklahoma area.

2. The United States Department of Agriculture Farm Service Agency ("USDA FSA") was an agency that provided loans to farmers, ranchers, and agricultural partners for farming-related work.

3. Beginning in or about March 2015 and continuing in or about August 2015, **RAGSDALE** sought financing from the FSA office in Cordell, Oklahoma. **RAGSDALE** signed promissory notes for four operating loans, which he promised to repay to the FSA in full, as follows.

| Date of Loan | Purpose of Loan | Amount |
|---|---|---|
| March 2, 2015 | Planting wheat crop | $45,000.00 |
| March 2, 2015 | Purchase cattle | $140,000.00 |
| August 31, 2015 | Tending wheat crop | $40,000.00 |
| August 31, 2015 | Purchase GMC dually | $50,000.00 |

4. On August 31, 2015, **RAGSDALE** signed a Security Agreement that pledged acreage, farm equipment, and cattle as collateral to secure his four operating loans. In signing that Security Agreement, Mr. Ragsdale confirmed that he was the "absolute and exclusive owner" of the collateral that the Agreement described.

## COUNT 1
### (False Statement to the FSA)

5. The Federal Grand Jury incorporates paragraphs 1-4 by reference.

6. On or about August 31, 2015, in the Western District of Oklahoma,

---------------------------MATTHEW AUSTIN RAGSDALE---------------------------

did knowingly make a false statement for the purpose of influencing the action of the FSA, a successor agency to the Farmers Home Administration. In particular, **RAGSDALE** signed a Security Agreement representing that he was the "absolute and exclusive owner" of collateral farm equipment when, in fact, as the defendant well knew, he did not actually own or only partially owned the following items:

| Description of Collateral | Actual Ownership % |
|---|---|
| IH Tractor 1086 | 0% |
| NH Baler 7090 | 50% |
| Sunflower Drill 9433 | 50% |
| Bestway Sprayer 60ft | 0% |

All in violation of Title 18, United States Code, Section 1014.

## COUNTS 2-4
### (Conversion of Property Pledged to the FSA)

7. The Federal Grand Jury incorporates paragraphs 1-4 by reference.

8. On or about the dates listed below, within the Western District of Oklahoma and elsewhere,

------------------------------ **MATTHEW AUSTIN RAGSDALE,** ----------------------------

with the intent to defraud, knowingly concealed, removed, disposed of, and converted to his own use and that of another, property pledged to and held by the FSA, a successor agency to the Farmers Home Administration. In particular, **RAGSDALE** sold cattle that he had pledged as collateral to the FSA, without remitting to the FSA the proceeds therefrom, as follows:

| Count | Sale Date | # of Cows | Check # | Amount of Proceeds |
|---|---|---|---|---|
| 2 | March 9, 2016 | 27 | 15652 | $32,039.30 |
| 3 | March 16, 2016 | 16 | 15711 | $20,344.40 |
| 4 | February 22, 2017 | 9 | 19135 | $5,038.73 |

3

All in violation of Title 18, United States Code, Section 658.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

*[signature: Julia E. Barry]*

JULIA E. BARRY
Assistant United States Attorney